UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENAN MARTINEZ,

        Petitioner,

   v.

STUART SHERMAN,

        Respondent.

Case No. 16-cv-04909-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 10

     Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Masha Dabiza, the court GRANTS respondent's request. (Docket No. 10.) Respondent must file and serve his response to the petition no later than **April 14, 2017.** Petitioner must file and serve his traverse no later than **May 12, 2017.**

     **IT IS SO ORDERED**.

Dated: February 14, 2017

_____

SUSAN ILLSTON
United States District Judge