UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAN MARTINEZ,<br>　　　　Petitioner,<br>　　v.<br>STUART SHERMAN,<br>　　　　Respondent. | Case No. 16-cv-04909-SI<br><br>**ORDER FURTHER EXTENDING DEADLINE FOR TRAVERSE**<br><br>Re: Dkt. No. 16 |

Petitioner's request for a further extension of the deadline to file his traverse is GRANTED. Docket No. 16. Petitioner must file and serve his traverse no later than **October 16, 2017**. No further extensions of this deadline should be expected because, by the time it arrives, petitioner will have had six months to prepare his traverse.

**IT IS SO ORDERED**.

Dated: July 31, 2017

_Susan Illston_

SUSAN ILLSTON
United States District Judge