UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENAN MARTINEZ,<br>　　　　Petitioner,<br>　　v.<br>STUART SHERMAN,<br>　　　　Respondent. | Case No. 16-cv-04909-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 6, 2018

_____
SUSAN ILLSTON
United States District Judge